IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          Case No.:17-04464-MCF

AZUNELA LLC                             Chapter 7

    Debtor.
_____/

## NOTICE OF INTENT TO SELL PROPERTY
## AT PUBLIC SALE

NOREEN WISCOVITCH RENTAS, CHAPTER 7 TRUSTEE, represents that she will sell at public sale property of debtor's estate as described below:

Lot 1: Equipment: A list provided by Debtor is attached as **Exhibit "A"**. **(the ICEE, Coca Cola, and Expresso Machine are excluded from this sale)**

Pictures taken by the Trustee are attached as **Exhibit "B".**

The value of the equipment per Debtor is $11,185.00

The minimum bid accepted by the Trustee for the equipment will be $3,000.00.

**A public auction date has been scheduled for Thursday, July 27, 2017, at 12:00 Noon, at Lobby UST Meeting Room, First Floor, 500 Tanca Street, Old San Juan, Puerto Rico.**

**Inspection of property will be at a time and date to be determined by the Trustee. Interested parties must contact the Trustee for inspection date and time.**

**TERMS AND CONDITIONS:**

1. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in money order or certified check, on adjudication at the auction.

2. The minimum amount to be considered as a bonafide offer for the equipment comprised in this sale for will be $3,000.00. Increments will be in the 100.00.

3. Unless a party in interest files a written objection, with a copy thereof served to the trustee within **TWENTY-ONE (21) DAYS** from the date of this Notice, the trustee will

    complete the sale contemplated herein and adjudicate the sale to the best offer or upon the terms herein set forth.

4. At the public auction, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, reject any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

5. All sales are made "as is" and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee. The inventory shall be transferred on an **"AS IS" "WHERE IS"** and **"WITH ALL FAULTS"** basis. **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

6. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

7. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned Trustee.

8. The Trustee reserves the right to increase the minimum bid, change the terms of the sale, remove add items to the sale; cancel the sale at her discretion. The Trustee may sell the property individually or in lots as described in the notice.

9. The buyer in the sale will have 5 days to remove the equipment from Debtors premises and will return the same in clean condition. Any damage to the premises will have to be repaired by the buyer prior to leaving the premises.

    NOTICE IS HEREBY GIVEN that any purported creditor with a valid and enforceable lien over the assets of this estate detailed herein shall inform the trustee or object to this sale within the next **TWENTY-ONE (21) DAYS** from the Date of this Notice, in order have its claim considered within the sale of these assets.

    NOTICE IS HEREBY GIVEN unless a party in interest files a written objection, with a copy thereof served to the trustee, within **TWENTY-ONE (21) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

    **I HEREBY CERTIFY THAT** copy of this notice has been served by Electronic Mail to Debtor's Counsel and the United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico.

    **I further certify that:** Copy of this notice has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after it is filed with the Clerk's Office.

In San Juan, Puerto Rico, this 30th day of June, 2017

/s/ Noreen Wiscovitch Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
noreen@nwr-law.com

Inventario Azuñela LLC
Equipos

|  | $Liquidar |
|---|---|
| Batidora FoxTail 20qt | $500 |
| Vitrina RoundUp DCH-200 | $650 |
| Nevera Dbl puerta | $375 |
| Bunn Granita machine | $1,000 |
| Fregadero | $75 |
| Gabinete SS Dblpuerta | $275 |
| Trampa de grasa | $85 |
| Kiosko en PVC topes Corian | $8,000 |
| POS HP TouchScreen WinXP | $225 |

Los demás equipos como la máquina de refresco y maquina de ICEE son propiedad de Coca Cola Bottlers PR. La máquina de café expresso Expobar de 1 grupo es propiedad de PR Coffee Roaster - Yaucono PR.

   
   



```
Label Matrix for local noticing        AZUNELA  LLC                          US Bankruptcy Court District of P.R.
0104-3                                 PMB 479                               Jose V Toledo Fed Bldg & US Courthouse
Case 17-04464-MCF7                     35 JUAN C BORBON ST                   300 Recinto Sur Street, Room 109
District of Puerto Rico                GUAYNABO, PR 00969-5374               San Juan, PR 00901-1964
Old San Juan
Fri Jun 30 16:54:21 AST 2017

AEE                                    COCA COLA PR BOTTLERS                 D'REAL OFFICE & DESING
PO BOX 364267                          PO BOX 51985                          35 JUAN C BORBON
San Juan, PR 00936-4267                Toa Baja, PR 00950-1985               STE 67-46
                                                                             Guaynabo, PR 00969-5374


DDR RIO HONDO LLC                      DDR RIO HONDO LLC                     Departamento de Hacienda
3300 ENTERPRISE PARKWAY                C/O DDR CORP                          PO Box 9024140
Beachwood, OH 44122-7200               3300 ENTERPRISE PARKWAY               San Juan, PR 00902-4140
                                       Beachwood, OH 44122-7200


Departamento de Justicia               Departamento del Trabajo              FLOUR FOODS, LLC
Apartado 9020192                       PO Box 191020                         PO BOX 190675
San Juan, PR 00902-0192                San Juan, PR 00919-1020               San Juan, PR 00919-0675



Fondo del Seguro del Estado            GARBAGE BECOMIN                       INTERNAL REVENUE SERVICES
PO Box 365028                          PO BOX 270108                         PO BOX 7346
San Juan, PR 00936-5028                San Juan, PR 00928-2908               Philadelphia, PA 19101-7346



LIZA MO CARIBBEAN CORP. D/B/A WETZEL'S MUNICIPIO DE BAYAMON                  PLAZA FOODS SYSTEM
1606 PONCE DE LEON AVE.                PO BOX 1588                           HC 5 BOX 55900
JULIO BOGORICIN BUILDING, SUITE 703    Bayamon, PR 00960-1588                Caguas, PR 00725-9218
San Juan, PR 00909


MONSITA LECAROZ ARRIBAS                MYRNA L RUIZ OLMO                     NOREEN WISCOVITCH RENTAS
OFFICE OF THE US TRUSTEE (UST)         MRO Attorneys at Law, LLC             PMB 136
OCHOA BUILDING                         PO BOX 367819                         400 CALAF STREET
500 TANCA STREET  SUITE 301            SAN JUAN, PR 00936-7819               SAN JUAN, PR 00918-1314
SAN JUAN, PR 00901

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```